**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**

_____

**MARIO FRANCO,**

                                **Plaintiff,**

                  **v.**                                      **5:16-CV-634**
                                                            **(FJS/TWD)**

**POLICE OFFICER JOHN GUNSALUS and**
**POLICE OFFICER SHAWN KELLY, sued in**
**their individual capacities,**

                                **Defendants.**

_____

| | |
|---|---|
| **APPEARANCES** | **OF COUNSEL** |
| **THE LAW OFFICE OF FRED LICHTMACHER P.C.** | **FRED B. LICHTMACHER, ESQ.** |
| 116 West 23rd Street, Suite 500 | |
| New York, New York 10011 | |
| Attorneys for Plaintiff | |
| **CITY OF SYRACUSE CORPORATION COUNSEL** | **CHRISTINA F. DEJOSEPH, ESQ.** |
| | **TODD M. LONG, ESQ.** |
| 300 City Hall | |
| 233 East Washington Street | |
| Syracuse, New York 13202 | |
| Attorneys for Defendants | |

**SCULLIN, Senior Judge**

**ORDER**

      On April 10, 2019, Defendants filed a motion to stay all proceedings until the Second Circuit rendered its decision with regard to their interlocutory appeal based on their defense of qualified immunity. _See_ Dkt. No. 94. After the Court issued a Text Order rescheduling, among other things, the return date for that motion, _see_ Motion Rescheduling Notice dated April 11, 2019, Defendants filed a letter motion requesting the withdrawal of their motion to stay, _see_ Dkt. No. 95. Simultaneously with

the filing of that letter request, Defendants filed a motion by Order to Show Cause to stay all

proceedings in this matter, including the July 8, 2019 trial, until the Second Circuit rendered its

decision with regard to their interlocutory appeal based on their defense of qualified immunity. *See*

Dkt. No. 96.

Having reviewed Defendants' submissions, the Court hereby

**ORDERS** that Defendants' letter motion requesting withdrawal of their motion , *see* Dkt. No.

94, to stay pending the Second Circuit's determination of their interlocutory appeal, *see* Dkt. No. 95, is

**GRANTED**; and the Court further

**ORDERS** that counsel shall appear before the Court for oral argument regarding

Defendants' motion by Order to Show Cause staying all further proceedings in this matter pending

the Second Circuit's decision with regard to their interlocutory appeal based on their defense of

qualified immunity on **April 30, 2019**, at **12:00 p.m.** This proceeding shall occur by

videoconference with counsel appearing in the **12th Floor Video Conference Room** at the **James**

**Hanley U.S. Courthouse and Federal Building** in **Syracuse, New York**; and the Court further

**ORDERS** that Plaintiff shall file his response in opposition to Defendants' motion on or

before **April 23, 2019**; and the Court further

**ORDERS** that Defendants shall file their reply, if any, in further support of their motion on

or before **April 26, 2019**; and the Court further

**ORDERS** that Defendants' service of a copy of their motion, *see* Dkt. No. 96, and the

declaration and memorandum of law in support of their motion, *see* Dkt Nos. 96-1, 96-2, on

Plaintiff's counsel via the Court's Electronic Filing System ("CM/ECF") on April 12, 2019, shall

constitute service of said motion on Plaintiff; and the Court further

**ORDERS** that the filing of this Order via CM/ECF shall constitute service and notice of this Order on all parties.

**IT IS SO ORDERED.**

Dated: April 15, 2019
         Syracuse, New York

Frederick J. Scullin, Jr.
Senior United States District Judge